RECEIVED
IN LAKE CHARLES, LA.

FEB 10 2015

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MEGAN A. DISE, | * | CIVIL ACTION NO. 12-cv-2341 |
| Plaintiff, | * | |
| v. | * | JUDGE PATRICIA MINALDI |
| U.S. COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 18] of the Magistrate Judge previously filed herein, after an independent review of the record, a de novo determination of the issues, and consideration of the Objections [Doc. 19], Response to Objections [Doc. 20], and Reply [Doc. 21] filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Administrative Law Judge's decision be and hereby is **AFFIRMED**, and this matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 9 day of February, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE